## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA


3M Company, et al

               Plaintiffs,                Civil 08-4478 (PAM/AJB)

v.

                                  **ORDER OF DISMISSAL**

FIBA Technologies, Inc.

               Defendant.

_____

     The court having been advised that the above case has been settled,

     **IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court

reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action,

for good cause shown, or to submit and file a stipulated form of final judgment.


Dated: April   27  , 2011


                           _s/Paul A. Magnuson_____
                           Paul A. Magnuson, Judge
                           United States District Court